#### IN THE UNITED STATES BANKRUPTCY COURT
#### SOUTHERN DISTRICT OF OHIO
#### EASTERN DIVISION

IN RE:

    Stephen K. Merriman                        Case # 10-63746
                                                               Chapter 13

              Debtor                             Judge Caldwell

#### NOTICE OF INCOME

    Now comes the Debtor, by and through counsel, and hereby gives notice of income. Mr. Merriman is employed by a corporation that he and his estranged wife own. The attached document reflects the income he has received from the corporation in 2010 prior to the date of filing.

                                                              /s/ John F. Cannizzaro
                                                              John F. Cannizzaro # 0005096
                                                              Attorney for Debtor(s)
                                                              CANNIZZARO, BRIDGES,
                                                              JILLISKY & STRENG, LLC
                                                              302 South Main Street
                                                              Marysville, Ohio 43040
                                                              937-644-9125(phone no.)
                                                              937-644-0754(fax no.)
                                                              jsheets@cfbjlaw.com

#### Certificate of Service

    I hereby certify that a true copy of the foregoing Notice of Income was served, this 5 day of January, 2011, by ECF service upon Frank Pees, Chapter 13 Trustee, 130 E. Wilson Bridge Rd. Suite 200, Worthington, OH 43085; U.S. Trustee's Office, 170 N. High St., #200, Columbus, OH 43215 and by regular U.S. Mail service to Stephen K. Merriman, 21878 Main Street, Raymond, OH 43067.

                                                              /s/ John F. Cannizzaro
                                                              John F. Cannizzaro

|  |  |  | Draws |
|---|---|---|---:|
|  |  |  |  |
| **January 2010** |  |  | $8,200.00 |
| **February 2010** |  |  | $15,500.00 |
| **March 2010** |  |  | $14,700.00 |
| **April 2010** |  |  | $12,437.71 |
| **May 2010** |  |  | $11,750.00 |
| **June 2-010** |  |  | $10,966.19 |
| **July 2010** |  |  | $11,410.00 |
| **August 2010** |  |  | $8,400.00 |
| **September 2010** |  |  | $3,800.00 |
| **Ocotber 2010** |  |  | $2,350.00 |
|  |  |  | **$99,513.90** |

Total 2010 draws                                                                $99,513.90