**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:
    Stephen K. Merriman                                         Case # 10-bk-63746
                                                                         Chapter 13
        Debtor                                                Judge Caldwell

**MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN**

Now comes the Debtor, by and through counsel, and hereby moves to modify his confirmed Chapter 13 Plan.

    **1. PARTICULAR REFERENCE TO PROVISIONS BEING MODIFIED:**

    **Plan payments-** the plan payments shall be as follows:

    $3,500.00 per month for November 2013
    and for each month thereafter until the end of the plan. The Debtor will make two additional lump sum payments of $2,500.00 in months 59 and 60.

    **State of Ohio tax claims-**
    The sales tax debt is owed to the State of Ohio by Techknowlogic, LLC. This is a contingent claim for which the Debtor is not liable unless the entity who is responsible for the debt fails to pay. The contingent claim shall continue to be liquidated by the Obligor, Techknowlogic, LLC. There shall be no distributions from the Chapter 13 estate on any portion of the claims labeled as sales tax, including the interest and penalty portions of the State of Ohio's claims (Claim #11 and Claim #13, as updated).

    The income tax portions of claim #11 (tax claim and interest) shall be paid through the Chapter 13 estate as priority claims. The penalties of the income tax portions of the claim shall be treated as general unsecured claims.

        The modification has been necessitated by the fact that Mr. Merriman is now divorced and his income and expenses have changed (See Amended Schedules I and J, filed 11-25-13). He is now responsible for health insurance and prescriptions, which have reduced his disposable income. Additionally, Tecknowlogic, LLC is the obligor on the sales tax debt owed to the State of Ohio. Therefore, the LLC will pay the sales tax debt directly to the State of Ohio.
        The modified payments and clarification of the tax claims will permit the Debtor to complete his chapter 13 plan of reorganization within the time provisions of *11 USC § 1322(d)*.

**2. EFFECT OF MODIFICATION ON CREDITORS AND OTHER PARTIES IN INTEREST:**

The proposed modification does not adversely affect creditors.

**3. LAST CONFIRMATION ORDER:**

This case was originally confirmed on January 20, 2011 (Doc #21). No other post confirmation modifications have since occurred.

**4. PERCENTAGE TO UNSECUREDS:**

The modified plan does not propose to modify the dividend to unsecured claimholders.

**5. THE EFFECT ON MONTHLY PAYMENT:**

The monthly payments shall be modified as provided in paragraph 1 herein.

/s/ John F. Cannizzaro
John F Cannizzaro # 0005096
CANNIZZARO, BRIDGES
JILLISKY & STRENG, LLC
302 S. Main Street
Marysville, OH 43040
Telephone: 937-644-9125
Fax: 937-644-0754
jsheets@cfbjlaw.com

/s/ Stephen K. Merriman
Stephen K. Merriman

B6I (Official Form 6I) (12/07)

In re **Stephen K Merriman**          Case No. **2:10-bk-63746**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**10**<br>**6** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **owner** | |
| Name of Employer | **Techknowlogic, Ltd** | |
| How long employed | **11 years** | |
| Address of Employer | **115 E. 5th St**<br>**Marysville, OH 43040** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **9,683.53** | $ **N/A** |
| 2. Estimate monthly overtime | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ **9,683.53** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **3,183.53** | $ **N/A** |
|     b. Insurance | $ **0.00** | $ **N/A** |
|     c. Union dues | $ **0.00** | $ **N/A** |
|     d. Other (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **3,183.53** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **6,500.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **N/A** |
| 8. Income from real property | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): **draw from techknowlogic, Ltd.** | $ **1,800.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **1,800.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **8,300.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **8,300.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     **None.**

B6J (Official Form 6J) (12/07)

In re **Stephen K Merriman**        Case No. **2:10-bk-63746**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|    a. Are real estate taxes included?    Yes ___    No **X** | | |
|    b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 301.00 |
|              b. Water and sewer | $ | 40.00 |
|              c. Telephone | $ | 0.00 |
|              d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 450.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 45.00 |
| 7. Medical and dental expenses | $ | 90.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|        a. Homeowner's or renter's | $ | 187.00 |
|        b. Life | $ | 100.00 |
|        c. Health | $ | 437.00 |
|        d. Auto | $ | 67.00 |
|        e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify) **real estate taxes** | $ | 670.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|        a. Auto | $ | 0.00 |
|        b. Other _____ | $ | 0.00 |
|        c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 1,707.72 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,794.72 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
     **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 8,300.00 |
| b. | Average monthly expenses from Line 18 above | $ | 4,794.72 |
| c. | Monthly net income (a. minus b.) | $ | 3,505.28 |

**B6J (Official Form 6J) (12/07)**

In re **Stephen K Merriman** Case No. **2:10-bk-63746**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
**Detailed Expense Attachment**

**Other Expenditures:**

| | |
|---|---:|
| child support | $ 1,307.72 |
| personal expenses | $ 100.00 |
| prescriptions | $ 300.00 |
| **Total Other Expenditures** | **$ 1,707.72** |

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:

    Stephen K. Merriman                                  Case # 10-bk-63746
                                                                      Chapter 13
    Debtor                                                   Judge Caldwell

## NOTICE OF MOTION

Debtor, Stephen K. Merriman has filed papers with the court to obtain a Motion to Modify hisConfirmed Chapter 13 Plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to:

        United States Bankruptcy Clerk's Office
        170 N. High Street
        Columbus, OH 43215

OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

        John F. Cannizzaro
        302 S. Main Street
        Marysville, OH 43040;

        Frank M. Pees, Chapter 13 Trustee
        130 E. Wilson Bridge Rd., # 200
        Worthington, OH 43085;

        U.S. Trustee's Office
        170 N. High St., Suite 200
        Columbus, OH 43215;

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

Date: November 25, 2013

                    /s/ John F. Cannizzaro
                    John F. Cannizzaro #0005096
                    302 S. Main Street
                    Marysville, OH 43040

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:

    Stephen K. Merriman                                    Case # 10-bk-63746
                                                                                Chapter 13
                     Debtor                                      Judge Caldwell

## CERTIFICATE OF SERVICE

      I hereby certify that on November 25, 2013, a copy of the foregoing <u>Motion to Modify Confirmed Chapter 13 Plan</u> was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Frank M. Pees, Chapter 13 Trustee;
U.S. Trustee's Office;
Bethany Hamilton on behalf of Defendant United States of America;
Courtney Domel on behalf of Creditor Fifth Third Bank;
Brian M. Gianangeli on behalf of Creditor Ohio Department of Taxation;
Alison A. Gill on behalf of Creditor Fifth Third Bank;
William B. Logan, Jr on behalf of Creditor Farm Credit Services of Mid-America;
Scott D. Rudnick on behalf of Creditor Abby Merriman;

and on the following by **ordinary U.S. Mail** addressed to:

Stephen K. Merriman
21878 Main Street
Raymond OH 43067;

The Ohio Department of Taxation
Bankruptcy Division
Attn: Rebecca Daum, Attorney
P.O. Box 530
Columbus, OH 43216;

Techknowlogic, LLC
115 E. 5th Street
Marysville, OH 43040;

Farm Credit Services
P O Box 478
Bellefontaine, OH 43311;

Attorney General of the State of Ohio, Collection Enforcement
150 E. Gay Street, 21st Floor
Columbus, OH 43215;

And all Creditors on the attached matrix.

/s/ John F. Cannizzaro
JOHN F. CANNIZZARO #0005096
CANNIZZARO, BRIDGES,
JILLISKY & STRENG, LLC
Attorneys at Law
302 S. Main Street
Marysville, OH  43040
937-644-9125 telephone
937-644-0754 fax
jsheets@cfbjlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:10-bk-63746<br>Southern District of Ohio<br>Columbus<br>Mon Nov 25 16:15:34 EST 2013 | 5/3 Bank cc<br>5050 Kingsley Dr<br>Cincinnati, OH 45227-1115 | Abby E. Merriman<br>115 Hickory<br>New Madison, OH 45346-9767 |
| Abby Merriman<br>115 Hickory St<br>New Madison, OH 45346-9767 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | CBCS<br>P.O. Box 1838<br>170 East Town St.<br>Columbus, OH 43215-4608 |
| John F Cannizzaro<br>302 South Main Street<br>Marysville, OH 43040-1556 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Central Ohio Primary Care<br>570 Polaris Parkway, Ste 250<br>Westerville, OH 43082-7923 |
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany OH  430543025 | Discover Fin<br>Attention: Bankruptcy Department<br>Po Box 6103<br>Carol Stream, IL 60197-6103 | Courtney Domel<br>National Bankruptcy Services, LLC<br>9441 LBJ Freeway, Suite 250<br>Dallas, TX 75243-4640 |
| Equus Computer Systems, Inc<br>5801 Clearwater Dr<br>Hopkins, MN 55343-8988 | Farm Credit Services<br>P.O. Box 478<br>Bellefontaine, OH 43311-0478 | Farm Credit Services of Mid-America<br>1540 US Highway 62 SW<br>Washington Court House, OH 43160-8849 |
| Fcs Of Midam<br>P.O. Box 34390<br>Louisville, KY 40232-4390 | Fifth Third Bank<br>1850 East Paris, MDROPSO5<br>co/ Bankruptcy Dept<br>Grand Rapids, MI 49546-6253 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227-1115 |
| Fifth Third Bank<br>Mail Drop 109065-3110<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263-3110 | Fifth Third Bank<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| Gemb/kinetico<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gembppbycr<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Brian M Gianangeli<br>6305 Emerald Parkway<br>Dublin, OH 43016-3241 |
| Alison A Gill<br>655 Cooper Road<br>Westerville, OH 43081-8962 | Hilco Rec<br>Attn: Bankruptcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089-1970 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| John & Sharon Merriman<br>17604 Cradler-Turner Rd<br>Marysville, OH 43040-8832 | William B Logan Jr<br>50 West Broad Street<br>Suite 1200<br>Columbus, OH 43215-5907 | Abby Merriman<br>115 Hickory Drive<br>New Madison, OH 45346-9767 |

| | | |
|---|---|---|
| Stephen K Merriman<br>21878 Main Street<br>Raymond, OH 43067-9758 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston TX  772104457 | Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085-2391 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Fl 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Reliant Capital Solutions<br>750 Cross Pointe Rd., Ste G<br>Columbus, OH 43230-6692 | Scott D Rudnick<br>121 West Third Street<br>Greenville, OH 45331-1408 | State of Ohio Department of Taxation<br>Attn:  Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43266-0030 |
| State of Ohio Dept of Taxation<br>P.O. Box 1090<br>Columbus, OH 43266-0001 | State of Ohio Revenue Recovery AG<br>150 E. Gay St 21st Fl  Bankruptcy Dept<br>Columbus, OH 43215-3130 | U.S. Attorney General's Office<br>303 Marconi  Blvd #200<br>Columbus, OH 43215-2326 |
| U.S. Attorney General's Office<br>Main Justice Bldg Room 5111<br>10th & Constitution Ave NW<br>Washington, DC 20530-0001 | Union County Treasurer<br>P.O.Box 420<br>Marysville, OH 43040-0420 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Farm Credit Services of Mid-America | (u)Fifth Third Bank | (d)John and Sharon Merriman<br>17604 Cradler Turner Rd<br>Marysville, OH 43040-8832 |

```
(u)Ohio Department of Taxation          (d)The Ohio Department of Taxation         End of Label Matrix
                                           Bankruptcy Division                      Mailable recipients    46
                                           P.O. Box 530                             Bypassed recipients     5
                                           Columbus, OH 43216-0530                  Total                  51
```