**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: February 3, 2014**



Charles M. Caldwell
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | : | **Case No. 10-63746** |
| | : | |
| Stephen K. Merriman, | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge Caldwell |

### ORDER DENYING MOTION TO MODIFY (DOC. NO. 67)

The above captioned Motion to Modify is being **DENIED** for failure to comply with a prior scheduling order.

**IT IS SO ORDERED.**

Copies to:

Default List
Brian M. Gianangeli, Esq.   (electronic service)
Kathleen Tourgeman, Courtroom Deputy